**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.s.** **CR95-075-7ML**

**KAREEM ABDULLA**

**MOTION TO UNSEAL**

Now come the defendant Kareem Abdulla by and through his counsel and moves to unseal the docket entry number 892 in the above captioned matter for the limited purpose of allowing defense counsel to obtain a copy of the document. In support of this motion defendant asserts that this sealed document relates to the Court's granting of the defendant's Motion for Determination of Mental Capacity. As such the document may be relevant to his representation and defense in the above captioned matter as well as CR07-MJ-116A.

The government, through Assistant United States Attorney Kenneth Madden indicates no objection to this motion.

Kareem Abdullah
By his Attorney,

/s/Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401)528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on January 4, 2008.

/s/ Mary S. McElroy