AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
DEC 12 2007
*District of Rhode Island*

UNITED STATES OF AMERICA

v.

KAREEM ABDULLA

WARRANT FOR ARREST

CASE NUMBER: 1:95-CR-075-07 ~~ML~~ S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KAREEM ABDULLA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d) Violation of Supervised Release

Barbara Barletta
Name of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

at Providence, RI on 12/12/07
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at ACI on writ, returned to ACI

| DATE RECEIVED 12/12/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 03/06/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.